IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| FRANK ACOSTA. § | |
| § | |
| VS. § | CIVIL ACTION NO. G-12-256 |
| § | |
| FEDERAL NATIONAL MORTGAGE § | |
| ASSOCIATION a/k/a Fannie Mae § | |
| and BANK OF AMERICA, N.A. § | |

## OPINION AND ORDER

Plaintiff, Frank Acosta, failed to timely respond to the Defendants' Motion for Summary Judgment and on October 15, 2013, this Court issued an Opinion and Order granting the Motion and entered Final Judgment dismissing Acosta's Amended Complaint. On October 28, 2013, Acosta filed a "Motion for Rehearing" which the Court construed as a Rule 59(e) Motion to Alter or Amend the Judgment. On November 12, 2013, the Court entered a briefing schedule to address the Motion. The briefing was completed on December 16, 2013.

The Court has now exhaustively reviewed the entire file and the post-judgment briefing, including Acosta's proposed summary judgment response, and has concluded that the Defendants were, and are, entitled to summary judgment for the terse reasons recited in the Opinion and Order.

It is, therefore, **ORDERED** that the "Motion for Rehearing of the Court's October 16, 2013 Order Granting Defendant's Motion for Summary Judgment" (Instrument no. 17) is **DENIED**.

**DONE** at Galveston, Texas, this     5th     day of March, 2014.

John R. Froeschner
United States Magistrate Judge